**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JIMMY FRAME, ) | CASE NO. 4: 08 CV 1712 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DONALD C. NUGENT |
| v. ) | |
| ) | |
| HUMILITY OF MARY HEALTH, ) | MEMORANDUM OPINION |
| PARTNERS, et al., ) | AND ORDER |
| ) | |
| Defendants. ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge William H. Baughman, Jr. (ECF # 17). The Report and Recommendation, filed on May 27, 2009, is ADOPTED by this Court (ECF # 17), and Defendants' Motion to Dismiss is GRANTED (ECF # 8).

This matter was referred to Magistrate Judge Baughman for general pretrial supervision, including the preparation of a report and recommendation on dispositive motions (ECF # 7). On May 27, 2009, Magistrate Judge Baughman recommended that this Court grant Defendants' Motion. Plaintiff did not file any objections to the Report and Recommendation.

The Court has reviewed the Report and Recommendation *de novo*. *See Thomas v. Arn*, 474 U.S. 140 (1985). Upon consideration of the entire record, the Court finds Magistrate Judge Baughman's Report and Recommendation to be well-written, well-supported, and correct. Therefore, the Report and Recommendation is ADOPTED in its entirety (ECF # 17), and Defendants' Motion to Dismiss is GRANTED (ECF # 8). This case is TERMINATED.

IT IS SO ORDERED.

                                                *s/ Donald C. Nugent*
                                                DONALD C. NUGENT
                                                United States District Judge

DATED: June 12, 2009